IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHELLE M. MORGAN,<br><br>    Plaintiff,<br><br>v.<br><br>RELIANT PRO REHAB, LLC d/b/a RELIANT REHABILITATION,<br><br>    Defendant. | Case No. 4:20-cv-379 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Michelle M. Morgan ("Plaintiff"), by counsel, and Defendant Reliant Pro Rehab, LLC ("Defendant"), by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the entry of an order dismissing this action <u>with</u> prejudice, with each side to bear its own fees, costs, and expenses. The parties having stipulated hereto, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED THAT the above-captioned action is hereby dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own fees and costs.

SO ORDERED.

_____
Benjamin R. Merrill

_____
Michelle L. Baumert

Respectfully submitted,

*/s/ Benjamin R. Merrill*
Benjamin R. Merrill, AT0009789
BROWN, WINICK, GRAVES, GROSS
AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: (515) 242-2400
Facsimile:  (515) 242-2488
E-mail:  ben.merrill@brownwinick.com

ATTORNEY FOR PLAINTIFF

Michaelle L. Baumert
JACKSON LEWIS P.C.
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
michaelle.baumert@jacksonlewis.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of September, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Paige Dixson, Legal Assistant*